```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: CHINA FISHERY GROUP LIMITED      :
(CAYMAN),                               :    23cv1234 (DLC)
                                        :
                    Debtor,             :    ORDER
----------------------------------------:
                                        :
CREDITOR PLAN PROPONENTS,               :
                                        :
                    Appellants,         :
                                        :
          -v-                           :
                                        :
WILLIAM A. BRANDT, JR.,                 :
                                        :
                    Appellee.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The above case has been assigned to me for all purposes. It is hereby

ORDERED that the appellant file its brief by March 10, 2023. The appellees shall file their opposition brief by March 24, 2023. The appellant's reply brief, if any, must be filed by April 7, 2023.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:   New York, New York
         February 22, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge