```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: CHINA FISHERY GROUP LIMITED      :
(CAYMAN), et al.,                       :    23cv1234 (DLC)
                                        :
                     Debtors,           :    ORDER
----------------------------------------:
                                        :
CREDITOR PLAN PROPONENTS,               :
                                        :
                     Appellants,        :
                                        :
               -v-                      :
                                        :
WILLIAM A. BRANDT, JR.,                 :
                                        :
                     Appellee.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 22, 2023, Brandt filed a notice of cross-appeal. Accordingly, it is hereby

ORDERED that Brandt shall file his opening brief in the cross-appeal by March 10, 2023. The Creditor Plan Proponents' opposition brief shall be due March 24, 2023. Brandt's reply brief, if any, must be filed by April 7, 2023.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:   New York, New York
         February 23, 2023

                                    _____
                                              DENISE COTE
                                     United States District Judge